# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

STEVE RISNER,
    Plaintiff,

Case No. 1:11-cv-00191
Litkovitz, M.J.

vs.

REGAL MARINE INDUSTRIES, INC.,
    Defendant.

**ORDER**

This matter is before the Court following a telephone conference held on April 23, 2013 before the undersigned magistrate judge on plaintiff's motion to enforce subpoena (Doc. 72) and defendant's motion to quash subpoena (Doc. 73). For the reasons discussed at the conference, the parties' motions are DENIED as moot. The parties have agreed that the trial testimony of Regal's President, Duane Kuck, who is located in Florida, will be presented by video conference at a date and time to be arranged by the parties.

**IT IS SO ORDERED.**

Date: 4/24/13

Karen L. Litkovitz
United States Magistrate Judge